AO 91 (Rev. 11/11)  Criminal Complaint

Filed _____ 5-26-16 _____

Clerk, U. S. District Court
Western District of Texas

By _____

Deputy

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  5:16-MJ-495 |
| John Villarreal, Jr. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 26, 2016 _____ in the county of _____ Bexar _____ in the _____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 924(c) | Possession of firearms in furtherance on a drug trafficking crime. |
| 21 USC 841(b)(1)(A) | Possession with Intent to Distribute (Methamphetamine). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.
Max Penalties:
18 USC 924(c): no less than 5 yrs & no more than life imprisonment; max $250,000 fine, max 3 yrs TSR and $100 SA.
21 USC 841(b)(1)(A): 10-life imprisonment; max $10,000,000 fine, min 5 yrs TSR and $100 SA.

☑ Continued on the attached sheet.

_____
*Complainant's Signature*

Allen Darilek, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___ 5/26/2016 ___

_____
*Judge's Signature*

City and state: _____ San Antonio, Texas _____

Henry J. Bemporad, United States Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Allen Darilek, being duly sworn do hereby depose and state:

1.  That your affiant is currently employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since 2002. Since 2002, your affiant has participated in numerous investigations concerning felons in possession of firearms. That as part of your affiant's training and experience, your affiant knows that it is unlawful for a person to possess firearms in furtherance on a drug trafficking crime in violation of Title 18 USC 924(c) and unlawful to possess with the intent to distribute methamphetamine in violation of Title 21 USC 841(a)(1)/(b)(1)(A).

2.  On May 26, 2016, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agents executed a federal firearms and narcotics search warrant at 148 Circle Six Dr, La Vernia, Texas, Western District of Texas. This residence is occupied by two individuals, one being John VILLARREAL Jr. While searching the residence Special Agents found numerous firearms and narcotics in VILLARREAL's bedroom and vehicle. Pursuant to the Federal search warrant the following items were seized:

    a.  Approximately 668 grams of ICE methamphetamine (field tested positive), found on a night stand, a dresser drawer in VILLARREAL's bedroom, and in VILLARREAL's vehicle (grey dually pickup truck).

    b.  Beretta, model Pico, .380 caliber pistol, serial number APC009671, made in Maryland, found in VILLARREAL's bedroom dresser drawer.

    c.  Marlin, model 336cs, 35 caliber revolver, serial number 12086895, made in Connecticut, found in VILLARREAL's bedroom.

    d.  J Stevens, 12 gauge shotgun, no serial number, made in Massachusetts, found in VILLARREAL's bedroom.

3. SA Darilek interviewed VILLARREAL at his residence and at the San Antonio ATF Office. VILLARREAL was read his Miranda rights at the scene by your affiant. VILLARREAL admitted possession of the firearms and narcotics found in his room and in his vehicle. VILLARREAL stated he has been using narcotics for a few years and had last used methamphetamine at approximately 1:00 AM this morning. VILLARREAL stated he purchased the majority of the narcotics found in his possession yesterday and paid approximately $650.00 per ounce. The Beretta pistol listed about was found in the same bedroom drawer with approximately 60 grams of methamphetamine. The Marlin rifle was found propped up against the same dresser which was also in close proximity to approximately 30 grams of alleged methamphetamine that was on the nightstand in VILLARREAL's bedroom.

4. Based on the above facts, your affiant believes there is probable cause that **John Villarreal, Jr.**, did possess firearms in furtherance of a drug trafficking crime in violation of Title 18 USC 924(c) and did possess with the intent to distribute methamphetamine in violation of Title 21 USC 841 (a)(1)/(b)(1)(A).

Special Agent Allen Darilek
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ___ DAY OF May 26, 2016.

Honorable Henry J. Bemporad
United States Magistrate Judge
Western District of Texas